IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY WOOTEN, JR.,

     Plaintiff,                         No. CIV 2:12-cv-0426-JFM

     vs.

SOCIAL SECURITY ADMIN.,

     Defendant.                  ORDER

         The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.  All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: February 22, 2012.

                                                 UNITED STATES MAGISTRATE JUDGE

/014;woot0426.recuse

1