MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY WOOTEN JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 12-00426-EFB <br><br> STIPULATED REQUEST EXTENDING TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

      The parties request that Defendant shall have an additional 45 days, to and including September 14, 2012, in which to file his briefing in opposition to Plaintiff's motion for Summary Judgment.

      Defendant seeks additional time due to his workload, which includes a matter for which he will be away from his office for most of July as well as part of August, as well as his mentoring duties.

Stipulation for Extension of Time and Proposed Order      1

DATED: *June 16, 2012*     By:     /*s/ Richard A. Whitaker*
[Authorization by e-mail]
RICHARD A. WHITAKER,
Attorney for Plaintiff


Dated: *June 16, 2012*              MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     *s/ Sundeep R. Patel*
SUNDEEP R. PATEL
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

Dated: July 17, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension of Time and Proposed Order         2