MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8981
    Facsimile:  (415) 744-0134
    E-Mail: Sundeep.Patel@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY WOOTEN JR., ) | |
| ) | |
| Plaintiff, ) | Case No. 12-00426-EFB |
| ) | |
| v. ) | STIPULATED REQUEST EXTENDING |
| ) | TIME TO FILE DEFENDANT'S |
| MICHAEL J. ASTRUE, ) | CROSS-MOTION FOR SUMMARY |
| Commissioner of Social Security ) | JUDGMENT AND IN OPPOSITION |
| ) | TO PLAINTIFF'S MOTION FOR |
| ) | SUMMARY JUDGMENT |
| Defendant. ) | |
| ) | |

    The parties request that Defendant shall have an additional 45 days, to and including September 14, 2012, in which to file his briefing in opposition to Plaintiff's motion for Summary Judgment.

    Defendant seeks additional time due to his workload, which includes a matter for which he will be away from his office for most of July as well as part of August, as well as his mentoring duties.

Stipulation for Extension of Time and Proposed Order    1

| | | | |
|---|---|---|---|
| 1 | DATED: *June 16, 2012* | By: | /*s/ Richard A. Whitaker* |
| 2 | | | [Authorization by e-mail] |
| | | | RICHARD A. WHITAKER, |
| 3 | | | Attorney for Plaintiff |

Dated: *June 16, 2012*              MELINDA L. HAAG
                                     United States Attorney
                                     DONNA L. CALVERT
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                              By:   *s/ Sundeep R. Patel*
                                     SUNDEEP R. PATEL
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

IT IS SO ORDERED:

Dated:  July 17, 2012.

                                     _____
                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension of Time and Proposed Order          2